PHILLIP A. TALBERT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

**FILED**
May 04, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES FOR: | ORDER |
| A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 408-854-2752 | 2:21-sw-0868-AC |
| THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 669-261-4489 | 2:22-sw-0096-KJN |
| A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-410-9548 | 2:21-sw-0748-DB |
| A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-410-9548 | 2:21-sw-0872-AC |
| A CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-410-9548 | 2:22-sw-0097-KJN |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be unsealed.

Dated: May 4, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER